CATHERINE BRENNAN, *ET AL.*, PLAINTIFF-PETITIONERS, v. FRANK McCARREN, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 93 *N. J. Super.* 1.

*Mr. Abraham Miller* and *Mr. Gerald D. Miller* for the petitioners.

*Messrs. DeSevo & Cerutti* and *Mr. Floyd F. Lombardi* for the respondents.

January 31, 1967. Denied.

OLAF J. OLSEN, PETITIONER-PETITIONER, v. MARINE SAFETY EQUIPMENT CO., RESPONDENT-RESPONDENT.

*Mr. Charles B. Klitzman* and *Mr. Aaron Gordon* for the petitioner.

*Messrs. Meredith & Meredith* for the respondent.

January 31, 1967. Denied.